UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE,<br><br>                Plaintiff,<br><br>   v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>                Defendants. | CASE NO. 2:25-cv-01435-JHC<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) This case is hereby transferred to the Honorable Barbara J. Rothstein, United States Senior District Judge. All future documents filed in this case must bear the case number ending in "BJR" and must bear Judge Rothstein's name in the upper right-hand corner of the document.

(2) The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 31st day of July 2025.

                                              Ravi Subramanian
                                              Clerk

                                              */s/Ashleigh Drecktrah*
                                              Deputy Clerk

MINUTE ORDER - 1