|  |  |
|---|---|
| 1 | The Honorable Barbara J. Rothstein |

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE, | No. 2:25-cv-01435-BJR |
| Plaintiff, | DECLARATION OF DANIEL EDER IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |
| v. | |
| DONALD J. TRUMP, President of the United States; UNITED STATES OF AMERICA; PAMELA BONDI, in her official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF JUSTICE; OFFICE OF FEDERAL CONTRACTS COMPLIANCE PROGRAMS; CATHERINE ESCHBACH, in her official capacity as Director of Office of Federal Contracts and Compliance Programs; OFFICE OF MANAGEMENT AND BUDGET; RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget; U.S. DEPARTMENT OF TRANSPORTATION; SEAN DUFFY, in his official capacity as the Secretary of Transportation; FEDERAL TRANSIT ADMINISTRATION; TARIQ BOKHARI, in his official capacity as Acting Administrator of the Federal Transit Administration; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOUSING AND | |

DECLARATION OF DANIEL EDER – 1
(Case No. 2:25-cv-01435-BJR)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

URBAN DEVELOPMENT; SCOTT TURNER, in his official capacity as Secretary of Housing and Urban Development; and DOES 1–100,

           Defendants.

I, Daniel Eder, declare as follows:

1. I am over eighteen years of age. I have personal knowledge of the facts contained in this declaration and am otherwise competent to testify to the matters in this declaration.

2. I am the Director of the City of Seattle Budget Office. My main responsibilities are developing and monitoring the City's annual budget, carrying out budget-related functions, and overseeing fiscal policy and financial planning activities. Prior to my current role in the City Budget Office, I served as Director of Policy for Seattle Mayor Bruce Harrell and have more than 26 years of budget and financial experience in local government working with the Seattle City Council Central Staff and Sound Transit.

3. I am familiar with Executive Order 14173, issued January 21, 2025, and titled "Ending Illegal Discrimination and Restoring Merit-Based Opportunity" (the "Anti-Diversity Order"). I am also familiar with Executive Order No. 14168, issued January 20, 2025, and titled "Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government" (the "Gender Order"). The Anti-Diversity Order and the Gender Order (collectively, the "Orders") threaten jurisdictions that engage in any efforts to promote diversity, equity, or inclusion ("DEI") or diversity, equity, inclusion, and accessibility ("DEIA") with the loss of federal funds, regardless of the type, scope, or sources of funding used to carry out these efforts.

4. I am also familiar with a memo issued by Attorney General Bondi, dated February 5, 2025, directing that the U.S. Department of Justice exercise its own authority to investigate,

DECLARATION OF DANIEL EDER – 2
(Case No. 2:25-cv-01435-BJR)

eliminate, and penalize those who engage in what the Administration considers to be "illegal" DEI policies, programs, and activities (the "DOJ Memo").

5. Seattle is committed to promoting diversity in its workforce and its programs, as illustrated by Seattle's Race and Social Justice Initiative, which authorizes the city's Office for Civil Rights to assist City of Seattle departments in developing policies that improve fairness and opportunity in employment, business, and other city government organizational practices. *See, e.g.*, Seattle Mun. Code § 3.14.943.A–C. It is my understanding that Seattle's laws and policies comply with federal law. However, I am aware that the Trump Administration has targeted other jurisdictions and entities for their DEI programs and policies.[1] Accordingly, the Seattle City Budget Office must consider potential loss of federal funds as it prepares budgets this year.

6. As described further below, the federal funds received by Seattle are unrelated to the goals described in the Orders and the DOJ Memo of ending policies related to DEI and DEIA. In fact, the threatened funding cuts would only serve to undermine Seattle's ability to protect public safety, support emergency shelter and services for persons in need, and enforce its criminal and traffic laws. Moreover, significant uncertainty about future funding makes it difficult for the City's leaders to budget, plan, operate programs, operate effectively, and serve the City's residents.

7. As the City Budget Director, I oversee the process of deciding how to mitigate this possible loss of funds contained in the 2025 Adopted Budget and how to factor said funds in the preparation of the 2026 Proposed Budget.

8. The City of Seattle's budget for the fiscal year beginning January 1, 2025, totals approximately $8.5 billion, including approximately $1.9 billion in General Fund. Money in Seattle's General Fund is used to support public services such as police and fire services, human services,

---

[1] *See, e.g.*, Steve Karnowski, *Trump administration opens investigation into Minnesota agency's affirmative action policy*, ASSOC. PRESS NEWS (July 10, 2025), https://apnews.com/article/dei-minnesota-trump-administration-affirmative-action-bd28edac0a42083fbfdb4f36af76f40d; *see also* Will Weissert, et al., *Trump administration freezes $1.8 billion for Cornell and Northwestern*, ASSOC. PRESS NEWS (Apr. 10, 2025), https://apnews.com/article/trump-cornell-northwestern-federal-funding-frozen-37192b49730304960929dcb72f09469c.

DECLARATION OF DANIEL EDER – 3
(Case No. 2:25-cv-01435-BJR)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

parks and recreation and transportation. The remainder of the City's budget is comprised of the capital improvement budget; restricted funds including self-supporting activities at Seattle's electric, water, wastewater/drainage, and solid waste utilities; development and construction inspection services; and voter-approved property tax levies which support services such as transportation infrastructure, early childhood education, library system, and affordable housing development. The use of funds in these operations is legally restricted and cannot be redirected to backfill a shortfall in the General Fund. City of Seattle financial policies generally require that current expenditures be paid for with current revenues.

9. Much of the City's federal funding is provided on a reimbursable basis. Seattle expends funds to provide programs and services that the federal government has agreed to reimburse. Seattle is currently funding large capital projects to build and maintain public infrastructure, as well as essential ongoing programs for its residents, based on the federal government's commitment to reimburse the City for these costs.

10. Uncertainty regarding the ongoing availability of federal funds presents a monumental fiscal challenge.

11. The City adopted the 2025 budget through Ordinance 127156 on November 21, 2024. As of the 2025 Adopted Budget, the City has legal authority and appropriations authority to spend about $370 million dollars in federal funds during the year beginning January 1, 2025. Due to the multi-year nature of federal grants and the multi-year nature of developing capital projects, some of this money will be spent in future years. Following is a breakdown of those federal grant funds:

| | |
|---|---|
| Department of Health and Human Services (through the State of Washington) | $63,115,661 |
| Department of Health and Human Services | $18,948,335 |
| Department of Housing and Urban Development | $54,314,568 |
| Department of Transportation | |
|     Department of Transportation, Federal Highway Administration | $50,002,656 |
|     Department of Transportation, Federal Transit Administration | $40,054,179 |

DECLARATION OF DANIEL EDER – 4
(Case No. 2:25-cv-01435-BJR)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

| | |
|---|---:|
| Department of Transportation, Other | $38,310,636 |
| Department of Homeland Security | $21,847,423 |
| Department of Interior | |
| Department of Interior, U.S. Environmental Protection Agency (through the State of Washington) | $20,645,435 |
| Department of Interior, National Park Service | $4,161,926 |
| Department of Interior, Other | $634,315 |
| Department of Agriculture | $18,294,986 |
| Department of Energy | $8,080,936 |
| Department of Energy (through the State of Washington) | $3,095,092 |
| Department of Justice | $4,986,721 |
| Federal Railroad Administration | $1,912,998 |
| Department of the Treasury | $1,263,512 |
| Department of Education | $633,800 |
| Department of Commerce, Small Business Administration | $500,000 |
| National Endowment for the Arts | $125,000 |
| Other passthrough federal funds through the State of Washington | $19,464,401 |

12. Currently the City is preparing its budget for the 2026 fiscal year. As part of the budget process, certain recurring federal grants (those which are formulaic/entitlement-based grants) totaling between $100-$150 million, annually, are built into the budget to support existing programs. Uncertainty regarding whether these recurring grants will continue has introduced an additional level of complexity to the budget process: should the City assume that the grants will continue without assurances or eliminate the programs and layoff personnel.

13. If Seattle were to lose all federal funds, the impact would be felt immediately. Federal funding supports programing that provides vulnerable residents access to food, medical care, shelter, and other housing assistance. Funding supports survivors of domestic violence and sexual assault, and they would not receive these important services if Seattle were to lose federal funding. Federal

DECLARATION OF DANIEL EDER – 5
(Case No. 2:25-cv-01435-BJR)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

dollars support critical seismic upgrades in a high-risk earthquake-impact area, protecting Seattle's residents from devastating consequences of a potential earthquake.

14. Federal funding supports 277 full-time equivalents, including police officers and firefighters.

15. Federal funding supports critical transportation systems in our regional economy. If Seattle were to lose federal funding, such systems could not be expanded or even maintained on schedule. The City would have to delay seismic retrofits, improvements for pedestrian and traffic safety, and road repairs and upgrades. Federal funds also support the development of new affordable housing and the weatherization of low-income households. The loss of these funds would exacerbate an already acute housing shortage in Seattle.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of August, 2025, in Seattle, Washington.

_____
Daniel Eder

DECLARATION OF DANIEL EDER – 6
(Case No. 2:25-cv-01435-BJR)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900