The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States; UNITED STATES OF AMERICA; PAMELA BONDI, in her official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF JUSTICE; OFFICE OF FEDERAL CONTRACTS COMPLIANCE PROGRAMS; CATHERINE ESCHBACH, in her official capacity as Director of Office of Federal Contracts and Compliance Programs; OFFICE OF MANAGEMENT AND BUDGET; RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget; U.S. DEPARTMENT OF TRANSPORTATION; SEAN DUFFY, in his official capacity as the Secretary of Transportation; FEDERAL TRANSIT ADMINISTRATION; TARIQ BOKHARI, in his official capacity as Acting Administrator of the Federal Transit Administration; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOUSING AND | No. 2:25-cv-01435-BJR<br><br>DECLARATION OF TANYA KIM IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |

DECLARATION OF TANYA KIM – 1
(Case No. 2:25-cv-01435-BJR)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

URBAN DEVELOPMENT; SCOTT TURNER, in his official capacity as Secretary of Housing and Urban Development; and DOES 1–100,

      Defendants.

I, Tanya Kim, declare as follows:

1. I am over eighteen years of age. I have personal knowledge of the facts contained in this declaration and am otherwise competent to testify to the matters in this declaration.

2. I am the Director of the City of Seattle's Human Services Department ("HSD"). I was appointed as Acting Director of HSD in 2021 and later confirmed as Director by the City Council in 2023.

3. In my capacity as Director of HSD, I lead a staff of approximately 470 employees and manage more than 200 contracts with community-based human service providers and programs. Many of these contracts are supported by federal grant funds.

4. HSD serves a vital role in the Seattle community. HSD administers hundreds of millions of dollars to connect Seattle residents with critical resources, including food and health care. Pursuant to a Master Services Agreement with the King County Regional Homelessness Authority ("KCRHA"), HSD also supports initiatives to provide outreach to people experiencing homelessness. Further, HSD receives grant money from the federal government that it provides to the Office of Housing ("OH"), a City executive office which administers affordable housing programs, including the HOME Investment Partnerships ("HOME") Program.

5. HSD lawfully supports programs, initiatives, and policies that address homelessness, public health, safe communities, healthy aging, affordability, and livability through the lens of racial equity. The programming provided by HSD emphasizes service to historically underserved BIPOC and low-income populations.

DECLARATION OF TANYA KIM – 2
(Case No. 2:25-cv-01435-BJR)

Corr Cronin LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

6. The Office of Housing and Urban Development ("HUD") provides federal funding to HSD.

7. HUD determines the amount of annual funding according to a statutory dual formula which uses several objective factors.

8. The loss of federal funding would deprive HSD of the opportunity to continue to support essential housing and infrastructure services for Seattle residents. Uncertainty regarding the ongoing availability of these funds presents challenges to operations and responsible budgeting.

9. HUD uses a consolidated planning process to identify housing and community development priorities. The Consolidated Plan aligns and focuses funding from the Office of Community Planning and Development's ("CPD") formula block grant programs.

10. The Consolidated Plan is a five-year plan carried out through Annual Action Plans, which provide a concise summary of the actions, activities, and the specific federal and non-federal resources that will be used each year to address the priority needs and specific goals identified by the Consolidated Plan. Grantees report on accomplishments and progress toward Consolidated Plan goals in the Consolidated Annual Performance and Evaluation Report ("CAPER").

11. The City of Seattle's current Annual Action Plan is due August 16, 2025. The City has published a draft Annual Action Plan for public review and comment.[1]

12. Critical programs funded under the Consolidated Plan and Annual Action Plan include the Community Development Block Grant ("CDBG") Program, Emergency Solutions Grants ("ESG") Program, Housing Opportunities for Opportunities for Persons with Aids ("HOPWA") Program, and the HOME Investment Partnerships ("HOME") Program.

---

[1] *See* HUMAN SERVS. DEP'T, DRAFT CITY OF SEATTLE 2025 ANNUAL ACTION PLAN, https://seattle.gov/documents/Departments/HumanServices/Federal%20grants/DraftCoS2025AAPPublicComment-July.pdf, (last accessed July 31, 2025).

DECLARATION OF TANYA KIM – 3
(Case No. 2:25-cv-01435-BJR)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

13. The draft 2025 Annual Action Plan includes revised federal funding allocated to the City of Seattle in May 2025 and information on the planned programs and services supported with prior year funding and 2025 federal fund sources, including $8,917,476 in CDBG funds; $2,854,823.19 in HOME Program funds; $795,737 in ESG Program funds; and $3,754,246 in HOPWA funds from HUD. In short, tens of millions of dollars of federal funding are at stake.

14. In May 2025, HUD circulated a new 424-B Assurances and Certifications Form ("Certification"), which HSD must execute as part of the Annual Action Plan. The Certification contains new language requiring Seattle to certify that they "[w]ill not use Federal funding to promote diversity, equity, and inclusion ("DEI") mandates, policies, programs, or activities that violate any applicable Federal anti-discrimination laws."[2]

15. This language was not included in the 2024–2028 Consolidated Plan.

16. Additionally, on June 5, 2025, HUD General Deputy Assistant Secretary Claudette Fernandez, on behalf of Secretary Scott Turner, circulated a letter (the "HUD Letter") to the National Council of State Community Development Agencies.[3] The HUD Letter provides that grantees are "encouraged" to review executive orders as they develop their consolidated plan and annual action plan, but that "[a]fter submission and HUD's review of these plans, the FY2025 grant agreement will also emphasize conformity with applicable Administration priorities and executive orders," including that the grantee "shall not use grant funds to promote 'gender ideology,' as defined in Executive Order (E.O.) 14168, Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government" and that the grantee "agrees that its compliance in all respects with all applicable Federal anti-discrimination laws is

---

[2] U.S. Dept's of Hous. & Urban Dev., Form HUD 424-B: Applicant and Recipient Assurances and Certifications (Jan. 27, 2023), https://www.hud.gov/sites/dfiles/OCHCO/documents/424-B.pdf.
[3] See U.S. Dept's of Hous. & Urban Dev., Response to COSCDA and NCDA Regarding FY 2025 Consolidated Plan Guidance ("HUD Letter") (June 5, 2025), https://ncdaonline.org/wp-content/uploads/2025/06/6-5-2025-HUD-Response-to-COSCDA-NCDA.pdf.

DECLARATION OF TANYA KIM – 4
(Case No. 2:25-cv-01435-BJR)

Corr Cronin llp
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1  material to the U.S. Government's payment decisions for purposes of section 3729(b)(4) of title 31, United States Code." *Id.* at 2.

17. The updated Certification and HUD Letter leave HSD in the untenable position of either choosing between devastating financial consequences and the loss of essential programming or the possibility of incurring massive costs and liability under the False Claims Act.

18. The Community Development Block Grant ("CDBG") is a critical program funded by the federal government. CDBG primarily serves low- to moderate-income populations in Washington. The CDBG Program provides annual grants on a formula basis to cities to develop viable urban communities by providing safe housing and a suitable living environment.

19. A total of $8,917,476 was allocated by HUD for the CDBG program for the 2025 fiscal year.

20. The CDBG Program has played a critical role in revitalizing low-income areas of Seattle. In 2024, HUD recognized the City of Seattle with a CDBG 50th Anniversary Award for its support of the Rainier Valley Community Development Fund ("RVCDF"). RVCDF was formed in response to economic disruptions and evolved into a robust financial institution supporting local entrepreneurship and real estate development. RVCDF has had a substantial positive economic impact on Southeast Seattle, which is one of the nation's most diverse neighborhoods.

21. The ESG Program is another critical program for which HSD receives federal funds through HUD. The ESG Program assists vulnerable Seattle residents with regaining stability in permanent housing including engaging people experiencing homelessness; providing street outreach; improving emergency shelters; operating shelters; and re-housing homeless families and individuals. In addition, the ESG Program provides rehabilitation and transitional housing resources. This is a resource for adults and families with children.

22. Like CDBG, the ESG Program is a formula grant program administered by the CPD. HSD was allocated approximately $795,737 in federal funding for ESG for 2025.

DECLARATION OF TANYA KIM – 5
(Case No. 2:25-cv-01435-BJR)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

23. HOPWA is another vital program covered under the Annual Action Program, as it is the only Federal program dedicated to the housing needs of people living with HIV/AIDS. Under HOPWA, HUD provides grants to local jurisdictions for projects that benefit low-income persons living with HIV/AIDS.

24. HOPWA provides essential services to Seattle residents, including tenant-based rental assistance, permanent housing placements, and related support services, including housing counseling, nutritional services, and transportation assistance.

25. The 2025 Annual Action Plan allocates $3,754,246 from HUD to support HOPWA.

26. The HOME Investment Partnerships Program is another program covered under the Annual Action Program. The certification for the HOME Grant is executed by the Seattle Office of Housing. The 2025 Annual Action Plan allocates $2,854,823.19 from HUD to the HOME Program.

27. The HOME Program funds grants to state and local governments to create affordable housing for low-income households. This includes, for example, the Tenant-Based Rental Assistance ("TBRA"), which utilizes federal funds to support communities by providing utility, deposit, and ongoing rental assistance.

28. The HOME Program also provides assistance to eligible homebuyers for the acquisition, rehabilitation, or new construction of homes, provided those homeowners' family income does not exceed 80% of the area median income, among other requirements.

29. All of these programs covered under the Annual Action Plan also have the secondary effect of increasing public safety and public health in Downtown Seattle, which is a Mayoral priority. By providing supportive housing and shelter resources and engaging persons struggling with homelessness and possible addictions, these programs reduce the likelihood of violent crime and the spread of transmissible disease.

DECLARATION OF TANYA KIM – 6
(Case No. 2:25-cv-01435-BJR)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

30. These programs are also an economic investment in the City of Seattle, as providing affordable housing within residents' means strengthens the job market and the economy.

31. Based on its historical interactions with HUD, HSD relied on the continued availability of these funds in supporting the above-mentioned programs. Furthermore, HSD and OH incurred expenses in anticipation of reimbursement based on a waiver from HUD, which authorizes spending for all four formula grants prior to the enactment of the Fiscal Year 2025 federal appropriations bill.

32. If these funds become unavailable, then HSD likely could not continue to support many of these vital services through state and local funding alone. In other words, the Certification and HUD Letter create significant budgetary uncertainty for the City of Seattle, thereby presenting an actual and imminent harm to these projects and services.

33. On the other hand, executing the certification also creates a risk of harm to HSD and OH, as the current Administration's definition of "DEI" and "federal civil rights law" is hopelessly vague and apparently contrary to case law interpreting statutes and the U.S. Constitution. Accordingly, if HSD and OH sign the respective certifications under the Annual Action Plan, they face massive liability related to potential federal investigations under the False Claims Act. This, too, presents an actual and imminent risk of harm.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of August, 2025, in Seattle, Washington.



Tanya Kim

DECLARATION OF TANYA KIM – 7
(Case No. 2:25-cv-01435-BJR)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900