|   |   |
|---|---|
| | The Honorable Barbara J. Rothstein |

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States; UNITED STATES OF AMERICA; PAMELA BONDI, in her official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF JUSTICE; OFFICE OF FEDERAL CONTRACTS COMPLIANCE PROGRAMS; CATHERINE ESCHBACH, in her official capacity as Director of Office of Federal Contracts and Compliance Programs; OFFICE OF MANAGEMENT AND BUDGET; RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget; U.S. DEPARTMENT OF TRANSPORTATION; SEAN DUFFY, in his official capacity as the Secretary of Transportation; FEDERAL TRANSIT ADMINISTRATION; TARIQ BOKHARI, in his official capacity as Acting Administrator of the Federal Transit Administration; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOUSING AND | No. 2:25-cv-01435-BJR<br><br>DECLARATION OF BRIAN MAXEY IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |

DECLARATION OF BRIAN MAXEY – 1
(Case No. 2:25-cv-01435-BJR)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

| | |
|---|---|
| 1<br>2<br>3<br>4 | URBAN DEVELOPMENT; SCOTT TURNER, in his official capacity as Secretary of Housing and Urban Development; and DOES 1–100,<br><br>                    Defendants. |

5

6        I, Brian Maxey, declare the following:

7        1.    I am over eighteen years of age. I have personal knowledge of the facts contained in this declaration and am otherwise competent to testify to the matters in this declaration.

9        2.    I serve as the Chief Operating Officer of the Seattle Police Department ("SPD"). I held this position from 2015–2018 and resumed this position at the end of 2021.

11       3.    In my position as Chief Operating Officer, I oversee Fleet, Facilities, Information Technology, Professional Standards, Administrative Services, and Budget and Planning. I also am charged with assisting in annually preparing and submitting the Department's proposed budget to the Executive.

15       4.    SPD is responsible for preventing crime, enforcing the law, and supporting public safety by delivering respectful, professional, and dependable police services.

17       5.    SPD has lawful programs in place which promote diversity, equity, and inclusion ("DEI"). For example, SPD is participating in the 30x30 Initiative, which is designed to increase outreach and education to female police recruits, as well as to strengthen representation of women in police recruiting classes. The Initiative is also designed to educate the Department about women's experience in the field and to improve the experience of women in SPD.

22       6.    SPD also participates in the City's Race & Social Justice Initiative, which is designed to embed racial equity, social justice, and inclusivity principles into SPD programs.

24       7.    SPD is committed to serving the diverse community of Seattle. Educating officers about diversity helps SPD respond tactically to emergencies in the field. For instance, training on

DECLARATION OF BRIAN MAXEY – 2
(Case No. 2:25-cv-01435-BJR)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Docusign Envelope ID: 78498C20-BD53-4D54-9C8B-F3B357F1082D

how to respectfully interact with persons who identify as transgender strengthens the relationship between SPD and community members and can also serve as an important de-escalation or crisis management tool.

8. SPD also supports affinity groups. For example, SPD allows overtime and administrative support to support affinity groups that officers want to create. Any member of SPD can join any affinity group.

9. SPD receives federal funds that it uses to improve public safety. Because the funding SPD receives to support its programming is subject to reimbursement by the federal government, the potential loss of such funding creates significant budgetary uncertainty for the Department.

10. The loss of federal funding would deprive SPD of effective, cutting-edge tools, for example, those used to investigate child exploitation and violent sexual assaults. SPD would be unable to purchase equipment that increases efficacy and helps keep officers and members of the public safe during police interactions. These funds enhance and expand the prevention and intervention work of SPD to ensure the safety of our city and the surrounding region. Without this funding, the Seattle region would be left more vulnerable and underprepared to mitigate and respond to acts of terrorism and all-hazards events.

11. SPD's 2025 Budget reflects approximately $4.5 million in funds awarded from the Department of Justice ("DOJ").

12. One critical federal grant that the Seattle Police Department has received for over a decade is the Edward Byrne Memorial Justice Assistance Grant Program ("JAG"), administered by the Attorney General's Office of Justice Programs ("OJP").

13. The City of Seattle, as the identified fiscal agent, submits a joint application on behalf of the City of Seattle and over 10 surrounding jurisdictions. This joint application represents the highest priorities for the participating jurisdictions for preserving and supporting a variety of

DECLARATION OF BRIAN MAXEY – 3
(Case No. 2:25-cv-01435-BJR)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

law enforcement programs aimed at preventing and reducing crime, providing services to victims, purchasing much needed law enforcement and investigative equipment, enhancing law enforcement training and officer safety, implementing community-based programs, providing law enforcement overtime, and streamlining and augmenting technology systems.

14. Since 2009, the Seattle JAG allocation has funded three Crime Prevention Coordinator police officer positions for 80 percent of each year. Without ongoing JAG funding, these positions would likely be eliminated.

15. Through annual grants, DOJ funds the Northwest Regional Internet Crimes Against Children ("ICAC") Task Force to address technology-facilitated child exploitation, including one full-time program manager. SPD has participated in the Federal ICAC Task Force Grant Program since 1998 and formed its ICAC Task Force that same year.

16. As the Lead Law Enforcement Agency in the State of Washington, SPD proactively and reactively investigates an ever-growing number of technology-facilitated crimes against children. SPD has successfully coordinated with over 160 affiliate investigative partner agencies within Washington State which improves the overall task force's response to interdict, investigate and prosecute ICAC cases.

17. Without these DOJ funds, SPD would be unable to lead the Washington State ICAC, would have to disband its long-standing partnership with the Western and Eastern U.S. Attorney's Offices and their Project Safe Childhood Program, stop collaborating on multijurisdictional investigations to prosecute ICAC cases, and no longer provide regional ICAC related training and technical assistance to all Washington State Task Force Affiliates. The loss of this DOJ funding to SPD would severely curtail investigations and prosecutions of these types of offenses, resulting in the ongoing victimization of vulnerable children.

18. The DOJ Office for Victims of Crime funds a regional Human Trafficking Task Force under an Enhanced Collaborative Model ("ECM") through which SPD can connect victims

DECLARATION OF BRIAN MAXEY – 4
(Case No. 2:25-cv-01435-BJR)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Docusign Envelope ID: 78498C20-BDE3-4D54-9C8B-F3B357F1082D
Case 2:25-cv-01435-BJR    Document 11    Filed 08/26/25    Page 5 of 7

of trafficking to social services and resettlement agencies. Since 2004, the International Rescue Committee ("IRC") in Washington and SPD, along with the United States Attorney's Office for the Western District of Washington and other partners, have used DOJ funding to lead Western Washington's response to human trafficking through a collaborative, victim-centered task force, the Washington Advisory Committee on Trafficking.

19. With renewed ECM funding, IRC and SPD will support a sustainable, multidisciplinary, co-leadership task force approach to improve and increase victim identification of all forms of human trafficking, provide victims with access to services, and seek justice on their behalf. They will also develop and implement detailed protocols to guide collaborative work to identify and support survivors and design and provide training to partners nationwide.

20. SPD recently received a $1.5 million grant from DOJ to fund innovative investigative tools, including advanced DNA analysis, to pursue unsolved sexual assault cases and bring to justice violent sex offenders.

21. SPD's 2025 Budget also reflects approximately $8 million in funds from the Department of Homeland Security ("DHS"). It is difficult to overstate how severely SPD's equipment funds and anti-terrorism program would be impacted by the loss of that funding.

22. SPD also receives a significant amount of funding through reimbursement from DHS's Securing the Cities grant program. SPD employs the equipment and personnel funded by Securing the Cities to conduct security sweeps at athletic events, concerts, parades, political rallies, and the like. For instance, Plaintiffs used Securing the Cities funds to protect public safety during events such as the FIFA Club World Cup in 2025 and will use such funds again when hosting the FIFA World Cup in 2026.

23. SPD is the Lead Agency for the region (currently King, Snohomish, and Pierce Counties). As the Lead Agency, SPD is committed to sustaining existing partnerships and building new partnerships to reduce the risk of a successful deployment of a weapon of mass destruction or

DECLARATION OF BRIAN MAXEY – 5
(Case No. 2:25-cv-01435-BJR)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

the movement of the materials to build a weapon of mass destruction into a major metropolitan area. This includes expanding the program across the remainder of the State of Washington and eventually into neighboring states. In the past, this program has allowed SPD to enhance regional capabilities to protect our communities from a radiological and/or nuclear event.

24. If deprived of these funds going forward, SPD would lack the regional coordination, tools and equipment, such as radiation and nuclear detectors, to protect our communities from a radiological and/or nuclear event.

25. In addition, DHS supports SPD's work through the State Homeland Security Program ("SHSP") to prevent, protect against, and respond to terrorist attacks, and prepare for threats and hazards that pose the greatest risk to the security of the United States. Over the past four years, DHS has remitted over $500,000 to SPD to support this program.

26. This grant funds a range of preparedness activities, including planning, organization, equipment purchase, training, exercises, and management and administration. Specific projects include: Structural Collapse Training, Tethered Small Unmanned Aircraft Systems equipment for Mass Search and Rescue Operations, Support for the State Fusion Center, and Regional Vehicle Barricade Enhancements for crowd management and physical protective measures.

27. Funding from DHS will go toward the purchase of up to two tactical robots for Seattle and law enforcement partners in King County and Bellevue. Robotic technology allows emergency responders to remain at a safe distance when there is a need to gain entry into a hazardous environment and enhances situational awareness and deployment capabilities for all-hazards responses.

28. DHS funds five intelligence analyst positions at the Washington State Fusion Center, a central facility that enables the sharing of sensitive, intelligence information among law enforcement agencies to further their public safety missions. If federal funding were lost, these

the movement of the materials to build a weapon of mass destruction into a major metropolitan area. This includes expanding the program across the remainder of the State of Washington and eventually into neighboring states. In the past, this program has allowed SPD to enhance regional capabilities to protect our communities from a radiological and/or nuclear event.

24. If deprived of these funds going forward, SPD would lack the regional coordination, tools and equipment, such as radiation and nuclear detectors, to protect our communities from a radiological and/or nuclear event.

25. In addition, DHS supports SPD's work through the State Homeland Security Program ("SHSP") to prevent, protect against, and respond to terrorist attacks, and prepare for threats and hazards that pose the greatest risk to the security of the United States. Over the past four years, DHS has remitted over $500,000 to SPD to support this program.

26. This grant funds a range of preparedness activities, including planning, organization, equipment purchase, training, exercises, and management and administration. Specific projects include: Structural Collapse Training, Tethered Small Unmanned Aircraft Systems equipment for Mass Search and Rescue Operations, Support for the State Fusion Center, and Regional Vehicle Barricade Enhancements for crowd management and physical protective measures.

27. Funding from DHS will go toward the purchase of up to two tactical robots for Seattle and law enforcement partners in King County and Bellevue. Robotic technology allows emergency responders to remain at a safe distance when there is a need to gain entry into a hazardous environment and enhances situational awareness and deployment capabilities for all-hazards responses.

28. DHS funds five intelligence analyst positions at the Washington State Fusion Center, a central facility that enables the sharing of sensitive, intelligence information among law enforcement agencies to further their public safety missions. If federal funding were lost, these

DECLARATION OF BRIAN MAXEY – 6
(Case No. 2:25-cv-01435-BJR)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

positions would likely be cut; without them, the regional preparedness and situational awareness would be diminished, leading to worse collaboration and foreseeably worse outcomes for public safety.

29. Collectively, the adverse impacts of eliminating federal funding for public safety priorities would leave Seattle and its regional area far less prepared to deal with legitimate threats such as exploitation of vulnerable children; human trafficking; nuclear and biological attacks; or terrorist actions, by undermining the situational awareness capabilities of the region and staffing to address crime prevention.

30. All of the grants described above, with the sole exception of the JAG grants, are provided by the federal government to SPD on a reimbursement basis. Under the terms of the grants, DOJ and DHS have agreed to reimburse SPD for the money it spends on salaries and other programs and services. Uncertainty regarding the ongoing availability of these funds presents challenges to operations and responsible budgeting. It is difficult for SPD to spend money on critical programming without the knowledge of whether it will be made whole at the end.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of August, 2025, in Seattle, Washington.

_____
Brian Maxey

DECLARATION OF BRIAN MAXEY – 7
(Case No. 2:25-cv-01435-BJR)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900