The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE, | No. 2:25-cv-01435-BJR |
| Plaintiff, | DECLARATION OF HAROLD D. SCOGGINS IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |
| v. | |
| DONALD J. TRUMP, President of the United States; UNITED STATES OF AMERICA; PAMELA BONDI, in her official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF JUSTICE; OFFICE OF FEDERAL CONTRACTS COMPLIANCE PROGRAMS; CATHERINE ESCHBACH, in her official capacity as Director of Office of Federal Contracts and Compliance Programs; OFFICE OF MANAGEMENT AND BUDGET; RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget; U.S. DEPARTMENT OF TRANSPORTATION; SEAN DUFFY, in his official capacity as the Secretary of Transportation; FEDERAL TRANSIT ADMINISTRATION; TARIQ BOKHARI, in his official capacity as Acting Administrator of the Federal Transit Administration; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOUSING AND | |

DECLARATION OF HAROLD D. SCOGGINS – 1
(Case No. 2:25-cv-01435-BJR)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

| | |
|---|---|
| 1<br>2<br>3<br>4 | URBAN DEVELOPMENT; SCOTT TURNER, in his official capacity as Secretary of Housing and Urban Development; and DOES 1–100,<br><br>　　　　　　　　Defendants. |

I, Harold D. Scoggins, declare as follows:

1. I am over eighteen years of age. I have personal knowledge of the facts contained in this declaration and am otherwise competent to testify to the matters in this declaration.

2. I am a resident of the State of Washington. I have personal knowledge of all the matters stated herein and could and would testify truthfully thereto if called to do so.

3. I serve as the Fire Chief of the Seattle Fire Department ("SFD"). I have served in this position since 2015. As Fire Chief, I oversee approximately 1,200 employees, the department finances and funding, including SFD's $337 million budget, daily operations of 33 fire stations and 38 fire facilities, and internal policy and procedure development for SFD. In addition, I am responsible for administering the fire code and overseeing the fire marshals. In my role as Fire Chief, I am directly involved in identifying SFD operational needs, approving and leading grant applications, and overseeing how grant funds received are integrated into SFD's larger budget. Additionally, I travel annually to Washington, D.C. to advocate for grants for the region and for the state's fire service on behalf of SFD. I am regularly briefed on the requirements, obligations, status and opportunities in the area of federal grants.

4. I started my firefighting career as a member of the United States Air Force, where I served as a firefighter from 1984 to 1989. In 1989, I joined the Glendale Fire Department in California where I spent more than 25 years advancing through the ranks as Firefighter, Engineer, Captain, Battalion Chief, Deputy Chief, and, in 2008, as Fire Chief. In my work, I have responded to major emergencies across the nation, including large campaign wildfires in California, the

DECLARATION OF HAROLD D. SCOGGINS – 2
(Case No. 2:25-cv-01435-BJR)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Northridge earthquake in Southern California, major flooding events, Seattle's COVID-19 response, and the South Lake Union crane collapse in 2019. In addition to my role as Fire Chief for SFD, I am also an Executive Committee and Board Member of the Seattle Fire Foundation, a committee member for the Seattle City Council's Public Safety Committee, a Puget Sound Emergency Radio ("PSERN") board chair, a Medic One Foundation board member, a Boys & Girls Club board member, a Blood Works Northwest board member, and an advisor to Seattle's Health 99 Overdose Response Program.

5. The mission of the Seattle Fire Department is to save lives and protect property through emergency medical service, fire and rescue response and fire prevention. We respond immediately when any member of our community needs help with professional, effective and compassionate service.

6. SFD receives federal funds that it uses to save lives and protect property.

7. SFD is committed to building a workforce that is representative of the diverse communities it serves. For example, for over four decades, SFD has been running its Fire Cadet Program, which serves as a vital career pipeline for diverse youth interested in firefighting. The Fire Cadet Program provides hands-on training, mentorship, and exposure to emergency operations, with a focus on outreach to underrepresented communities including women, people of color, and LGBTQ+ individuals. And in collaboration with local community colleges, SFD also supports scholarships for students pursuing fire science degrees, aiming to attract Seattle-area residents from underrepresented communities.

8. The loss of federal funding would deprive SFD of effective, cutting-edge tools to provide emergency and non-emergency services on which the people of Seattle, and its millions of visitors from around the world, rely.

9. For example, a loss of federal funding would affect SFD's ability to provide training for terrorism responses, mass casualty events, and disaster coordination, would negatively impact

DECLARATION OF HAROLD D. SCOGGINS – 3
(Case No. 2:25-cv-01435-BJR)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

multi-agency collaboration between SFD and other state agencies, and would weaken SFD's public safety initiatives, such as those related to cybersecurity and intelligence-sharing. These funds enhance and expand the prevention and intervention work of SFD to ensure the safety of our city and the surrounding region. Without this funding, the Seattle region would be left more vulnerable and underprepared to mitigate and respond to fire hazards, other natural disasters, and acts of terrorism.

10. SFD's 2025 Budget reflects approximately $7 million in funds awarded from the U.S. Department of Homeland Security ("DHS").

11. One critical program that is federally funded through a DHS grant is BioWatch, a system designed to provide early detection of airborne biological threats, particularly those linked to bioterrorism, operated by state and local governments. Over the past decade, Seattle has relied on BioWatch funds to monitor the city's air for biohazards to help keep our residents and visitors safe. SFD pays the State Department of Health and a private laboratory to collect and analyze air samples from within the city. The BioWatch grant, in turn, refunds SFD for these costs. The program is designed to detect intentional, biological attacks. If detection of a hazard were to occur, SFD would engage in a coordinated effort by emergency responders, public health officials, and law enforcement to address the hazard. SFD's 2025 budget reflects approximately $2 million in funds from BioWatch.

12. Continuation of the BioWatch monitoring program is an important component of our city's preparedness to counter a potential terrorist attack. If deprived of these funds, SFD would lack access to technology to protect our community and prepare to respond to an airborne bioweapon.

13. On June 4, 2025, SFD received a communication from the DHS Director of BioWatch Field Operations announcing that the updated DHS Standard Terms and Conditions (April 18, 2025 version) will apply to fiscal year 2025 BioWatch applications.

DECLARATION OF HAROLD D. SCOGGINS – 4
(Case No. 2:25-cv-01435-BJR)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

14. SFD is a regional lead agency for FEMA's State Homeland Security Grant Program ("SHSGP"). Washington State receives FEMA funds, distributes them to SFD, which then distributes them throughout the region. SHSGP allocates funds to build capabilities at the State, local, tribal, and territorial levels, to enhance our communities' resilience to absorb disruptions and rapidly recover from natural and manmade disasters. SFD coordinates and hosts important in-house training for other local government agencies within the region to equip first responders to prepare to respond to a multitude of disaster scenarios, including trainings on best methods of responding to earthquakes, volcanoes, tornadoes, bombings, and search and rescue.

15. Without SHSGP funds, SFD and its partner agencies would have to send only a small number of personnel to outside training at a conference, rather than being able to provide training directly to a large number of personnel on-site. Loss of that program would significantly impact the number of first responders within the region who could be trained in these important topics. SFD's fiscal year 2025 budget reflects approximately $776,000 in SHSGP funds (of which $236,000 will be distributed to partners).

16. The Seattle Police Department ("SPD") is the regional lead agency for the Urban Area Security Initiative ("UASI") grant, and SFD, as well as other first responder and law enforcement agencies within this region, receive funds directly from SPD. Washington State is one of the largest UASI regions. UASI funding is primarily used for structural collapse training, including responses to bombings and earthquakes. UASI funds are also used to fund SFD's Rescue 1 team, a technical rescue team that responds to complex incidents requiring training beyond operations level, such as structural collapses, trench/cave-in rescues, rope rescues, tunnel emergencies, and heavy machinery and vehicle entrapment incidents. Rescue 1 also puts on regional trainings for first responders throughout the region, so that many jurisdictions have an opportunity to train for the most dangerous of scenarios. A loss in funding for Rescue 1 training would have immediate and long-term effects on SFD and its neighboring first responders. Without this critical

DECLARATION OF HAROLD D. SCOGGINS – 5
(Case No. 2:25-cv-01435-BJR)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

training, SFD and other jurisdictions risk reduced readiness for high-stakes emergencies such as building failures and earthquakes—scenarios that require precision, coordination, and advanced skills.

17. FEMA and UASI grants also help fund Seattle's Task Force 1, which is part of Washington Task Force 1 ("WA-TF1"), a highly trained Urban Search & Rescue team under the FEMA National Response System. WA-TF1 includes personnel from SFD, King County, and Pierce County. WA-TF1 is designed to mobilize within six hours of activation and is deployed to carry out complex rescues, such as structural collapse rescue, flood and swiftwater rescues, hazardous materials responses, emergency medical care, and K9 search teams.

18. In addition to WA-TF1, FEMA and UASI grants provide critical funding for SFD's Hazardous Materials ("HazMat") Team, known as Unit 77. Funding from FEMA and UASI enables the HazMat Team to identify and contain hazardous materials in the region, such as chemicals, biological agents, radioactive substances, and flammable gases, as well as respond to accidental releases (e.g., industrial spills and transportation accidents) and intentional threats (e.g., illegal dumping and terrorism-related events). The HazMat Team also coordinates with local, state, and federal agencies during large-scale or multi-jurisdictional incidents.

19. On July 28, 2025, SFD received a Notice of Funding Opportunity ("NOFO") from DHS for the fiscal year 2025 Homeland Security Grant Program, which provides funding for the SHSGP and UASI grants. The NOFO outlines the goals, eligibility, evaluation criteria, and submission instructions for SFD to begin applying for the SHSGP and UASI grants.

20. This year's NOFO contains several concerning updates. For instance, the "Basic Information" section now tasks the FEMA Office of Civil Rights with "ensuring compliance with and enforcement of federal civil rights obligations in connection with programs and services conducted by FEMA" "[c]onsistent with Executive Order 14173, Ending Illegal Discrimination & Restoring Merit-Based Opportunity." Exhibit A at 5. Additionally, the application submission

DECLARATION OF HAROLD D. SCOGGINS – 6
(Case No. 2:25-cv-01435-BJR)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

process now requires applicants to identify whether any "subrecipient has any DEI practices." Exhibit A at 50. Unlike in past years, SFD has just *two weeks* to submit its applications for these grants. This shortened application period is particularly concerning due to the new requirement that SFD provide information related to its "DEI practices" (which are unrelated to the purposes of the SHSGP and UASI grants) and the seeming threat that FEMA will police applicants' compliance with Executive Order 14173 (the "Anti-Diversity Order").

21. Assistance to Firefighters Grant ("AFG") is another critical grant that SFD applies for and receives annually through FEMA. AFG provides funding to buy necessary equipment, protective gear, emergency vehicles and pay for training to protect the public from fire hazards. In 2025, these funds have gone toward or will go toward funding a bootcamp training program for firefighters, with a focus on structural firefighting, and for purchasing particulate hoods, which are specialized pieces of protective gear worn by firefighters to shield their head, neck, and face from microscopic airborne contaminants and from the heat of fires.

22. There are additional ways in which DHS supports SFD's work at the local level. SFD relies on FEMA's Port Security Grant Program for annual funding. This program makes funds available to protect port infrastructure that is critical to the nation's transportation and shipping system. SFD's fiscal year 2025 budget reflects approximately $325,000 in Port Security grant funds. These funds support SFD's marine response capabilities and help pay for fire boats, allowing SFD to respond more quickly and to a larger geographic area for emergencies on the waterfront, including ship and marina fires and water rescues.

23. On August 1, 2025, SFD also received a NOFO from DHS for the fiscal year 2025 Port Security Grant Program. This NOFO contains the same concerning language about compliance with the Anti-Diversity Order and also requires applicants to identify whether any "subrecipient has any DEI practices." *See* Exhibit B at 5, 42. And much like the SHSGP and UASI NOFO, the Port Security NOFO provides an extremely abbreviated, two-week application window without any

DECLARATION OF HAROLD D. SCOGGINS – 7
(Case No. 2:25-cv-01435-BJR)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

reason or explanation for doing so. Exhibit B at 4. This shortened application window places an undue strain on SFD staff and makes providing a timely and thorough response challenging.

24. Fire Prevention and Safety ("FP&S") grants support projects that enhance the safety of the public and firefighters from fire and related hazards. Through funding from FP&S grants, SFD puts on CPR classes in local high schools, installs smoke alarms throughout high-risk neighborhoods, and develops curriculum about fire emergency response to be used in elementary schools. Losing these valuable programs and services would leave Seattle communities less prepared for emergencies, with fewer trained bystanders and more preventable incidents. A loss of funding for these programs would disproportionately affect underserved populations and erode long-term public safety, ultimately placing greater strain on emergency service providers.

25. DHS grants support a range of regional efforts to coordinate and prepare for natural disasters and terrorist acts, including planning, organization, equipment purchase, training, exercises, and management and administration. Collectively, the adverse impacts of eliminating federal funding for public safety priorities would leave Seattle and its regional area far less prepared to deal with threats such as forest fires, earthquakes, nuclear and biological attacks; or other terrorist actions.

26. All the grants described above are provided by the federal government to SFD on a reimbursement basis. Under the terms of the grants, DOJ and DHS have agreed to reimburse SFD for the money it spends on salaries and other programs and services. Uncertainty regarding the ongoing availability of these funds presents challenges to operations and responsible budgeting.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of August, 2025, in Seattle, Washington.

DocuSigned by:

*Harold D. Scoggins*

9BF3E5F13F6B4C8...

Harold D. Scoggins

DECLARATION OF HAROLD D. SCOGGINS – 8
(Case No. 2:25-cv-01435-BJR)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900