The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE,<br><br>    Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States; UNITED STATES OF AMERICA; PAMELA BONDI, in her official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF JUSTICE; OFFICE OF FEDERAL CONTRACTS COMPLIANCE PROGRAMS; CATHERINE ESCHBACH, in her official capacity as Director of Office of Federal Contracts and Compliance Programs; OFFICE OF MANAGEMENT AND BUDGET; RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget; U.S. DEPARTMENT OF TRANSPORTATION; SEAN DUFFY, in his official capacity as the Secretary of Transportation; FEDERAL TRANSIT ADMINISTRATION; TARIQ BOKHARI, in his official capacity as Acting Administrator of the Federal Transit Administration; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOUSING AND | No. 2:25-cv-01435-BJR<br><br>DECLARATION OF GREGORY WONG IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |

DECLARATION OF GREGORY WONG – 1
(Case No. 2:25-cv-01435-BJR)

URBAN DEVELOPMENT; SCOTT TURNER, in his official capacity as Secretary of Housing and Urban Development; and DOES 1–100,

           Defendants.

I, Gregory Wong, declare as follows:

1. I am over eighteen years of age. I have personal knowledge of the facts contained in this declaration and am otherwise competent to testify to the matters in this declaration.

2. I am a Deputy Mayor for the City of Seattle (the "City"), serving on Mayor Bruce Harrell's Executive Team. I have served in this role since 2022. Prior to joining the City, I served as a litigator and appellate attorney focused on constitutional, public policy, and political issues.

3. The City is committed to integrating racial equity and social justice principles into its work. Diversity, Equity, and Inclusion ("DEI") practices are central to how the City aims to have all residents access, participate in, and benefit from city programs and resources. Historically many groups have been marginalized, excluded, or discriminated against, and were not given equal access. Acknowledging this history, the City's DEI programs seek to create a more equal and just city.

4. The City established its Race and Social Justice Initiative ("RSJI") in 2004. RSJI is the backbone of the City's commitment to eliminating racial disparities and achieving racial equity in Seattle. The goal of RSJI is to build a coordinated and unified Citywide strategy, in support of One Seattle that builds foundational awareness and informs how programs, services, policies, and budget decisions are made by allowing for potential impacts and equity considerations to be taken into account.

5. In April 2023, the Seattle City Council passed Council Bill 120525, an ordinance to codify RSJI (the "RSJI Ordinance"). Mayor Harrell signed the RSJI Ordinance into law a few

DECLARATION OF GREGORY WONG – 2
(Case No. 2:25-cv-01435-BJR)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

days later. The RSJI Ordinance directs the City's Office of Civil Rights ("OCR") to lead RSJI across the City by: developing analytical tools; developing guidelines for outreach, communication, and community engagement; identifying ways that the City can improve its business practices; hosting forums for exchanging information on race and social justice; supporting departments in their race and social justice work; partnering with the City Budget Office on equitable budgeting practices; and aligning the City's racial equity goals with community needs. The RSJI Ordinance also allows for continuance of departments' internal race and social justice groups and for on-going learnings and trainings. Codifying RSJI in the Seattle Municipal Code advances the City's policy and goal to end institutional racism within City government, working toward a vision where racial disparities will be eliminated and racial equity achieved.

6. Internally, the City utilizes many different resources, programs, and policies to further these goals. For example, the Seattle Office of Civil Rights offers technical assistance to departments and helps train City employees to build awareness regarding race and social justice. As another example, most departments have "Change Teams," which are groups within departments that work collaboratively to implement and sustain changes to undo institutional racism and incorporate racial equity and social justice principles into everyday work.

7. An important RSJI tool used by City departments is the Racial Equity Toolkit ("RET"), which is used to help determine how potential policies or actions taken by the City can more effectively advance racially equitable outcomes. RETs encourage consideration of racial equity outcomes at the outset; consultation with community stakeholders; utilization of data; creation of opportunities and minimization of harm; and department accountability.

8. Beyond the RSJI Ordinance, there are several other ways the City works to eliminate disparities and to enable effective and equitable constituent services.

9. One example is the Women and Minority Business Enterprises ("WMBE") program, which enables access, consideration, and economic opportunities for women and

DECLARATION OF GREGORY WONG – 3
(Case No. 2:25-cv-01435-BJR)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1  minority-owned businesses who historically were left out of public contracting. The City supports utilization of WMBE on City contracts and supports the Citywide WMBE Program through the Department of Finance and Administrative Services. City departments have an outreach plan for engagement with the WMBE community, and the Department of Finance and Administrative Services studies and publishes performance indicators regarding WMBE utilization to understand progress towards aspirational goals.

10. Another example is the Equitable Development Initiative ("EDI"). Equitable development means public and private investments, programs, and policies in neighborhoods that take into account past history and current conditions to meet the needs of marginalized populations and to reduce disparities so that quality of life outcomes such as access to quality education, living wage employment, healthy environment, affordable housing and transportation, are equitably distributed for the people currently living and working here, as well as for new people moving in. The City's Equitable Development Framework involves integrating people and places to create strong communities and people as well as great places with equitable access. It also involves the following six equity drivers: (1) Advance economic mobility and opportunity; (2) Prevent residential, commercial, and cultural displacement; (3) Build on local cultural assets; (4) Promote transportation mobility and connectivity; (5) Develop healthy and safe neighborhoods; (6) Enable equitable access to all neighborhoods. Most recently, in January 2025, the City announced $22 million in awards to forty-two projects through the EDI to support property ownership among Seattle's diverse communities in neighborhoods at elevated risk of displacement.

11. The City has various other programs to promote its diversity, equity, and inclusion goals.

DECLARATION OF GREGORY WONG – 4
(Case No. 2:25-cv-01435-BJR)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1   I declare under penalty of perjury that the foregoing is true and correct.

2   Executed this 7th day of August, 2025, in Seattle, Washington.

*Signed by: Gregory Wong*

Gregory Wong

DECLARATION OF GREGORY WONG – 5
(Case No. 2:25-cv-01435-BJR)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900