Docusign Envelope ID: 326D806C-5C62-43F7-940A-E62B5BA306DC

The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CITY OF SEATTLE,

    Plaintiff,

v.

DONALD J. TRUMP, President of the United States; UNITED STATES OF AMERICA; PAMELA BONDI, in her official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF JUSTICE; OFFICE OF FEDERAL CONTRACTS COMPLIANCE PROGRAMS; CATHERINE ESCHBACH, in her official capacity as Director of Office of Federal Contracts and Compliance Programs; OFFICE OF MANAGEMENT AND BUDGET; RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget; U.S. DEPARTMENT OF TRANSPORTATION; SEAN DUFFY, in his official capacity as the Secretary of Transportation; FEDERAL TRANSIT ADMINISTRATION; TARIQ BOKHARI, in his official capacity as Acting Administrator of the Federal Transit Administration; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOUSING AND

No. 2:25-cv-01435-BJR

DECLARATION OF SHARMAN WOOD IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

DECLARATION OF SHARMAN WOOD – 1
(Case No. 2:25-cv-01435-BJR)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

|   |   |
|---|---|
| 1 | URBAN DEVELOPMENT; SCOTT TURNER, in his official capacity as Secretary of Housing and Urban Development; and DOES 1–100, |
| 2 | |
| 3 | |
| 4 | Defendants. |

I, Sharman Wood, declare as follows:

1. I am over eighteen years of age. I have personal knowledge of the facts contained in this declaration and am otherwise competent to testify to the matters in this declaration.

2. I am the Strategic Advisor for Grants Compliance at the City of Seattle ("City") Department of Transportation ("SDOT").

3. SDOT relies heavily on federal grant funds to support its transit and critical infrastructure projects. These projects are supported by grant programs administered by the U.S. Department of Transportation ("USDOT"), acting through the U.S. Federal Transit Authority ("FTA"), Federal Highway Administration ("FHWA"), Office of the Secretary of Transportation ("OST"), and Federal Railroad Administration ("FRA"). Through these programs, USDOT provides federal funds to state and local governments for public transportation expansion and infrastructure.

4. The City's total active federal grants for transportation-related projects are valued at approximately $440 million, funding important transportation programs and infrastructure capital projects. Projects supported by these grants are in various phases from outreach, planning, and design, to construction and maintenance.

5. USDOT grants are essential to the City's efforts to ease traffic congestion and support sustainable growth. The following FTA grants are just a few examples of the types of City transportation projects supported by federal grant funds:

   a. A federal grant entitled "FY2024 CMAQ Transferred to Section 5307 130th

DECLARATION OF SHARMAN WOOD – 2
(Case No. 2:25-cv-01435-BJR)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

          Link Station Transit & Multimodal Access - East Corridor (WA 2025-022)" will establish a new multimodal corridor to connect light rail riders to a future light rail station by implementing transit speed and reliability, safety, access, bus stop amenities, and pedestrian improvements concurrent with station opening.

    b. A federal grant entitled "FY 2024 5307 Funds for Madison Corridor Bus Rapid Transit Construction (WA 2025-013)" provides funding for construction of the Madison Bus Rapid Transit construction project, a 2.3-mile corridor on Madison Street connecting the Madison Valley neighborhood at Martin Luther King Jr. Way East to First Avenue in Downtown Seattle.

    c. A federal grant entitled "FY 2022 All Stations Accessibility Program (ASAP) and FY 2024 Section 5307 Seattle Center Monorail Station Reconfiguration (WA 2025- 008)" funds modifications to the main entrance of the Monorail to make it ADA accessible; adds automated passenger gates at the platform edge to train doors and covered passenger waiting areas; creates level boarding with train floors to eliminate the need for manual boarding ramps; and makes queuing areas more efficient and cover queuing area. In addition, improvements will be made to passenger signage, wayfinding, and regional transit information to include universal symbols and translated signage throughout the system.

    d. A federal grant entitled "FY 2023 Section 5337 State of Good Repair HIFG and FY 2023 Section 5307 Formula Funding - Seattle Center Monorail Train Propulsion and Wheel Assembly Modernization and Rehabilitation (WA 2025-006)" funds maintenance for the Seattle Center Monorail system. Activities will be focused on the train propulsion and wheel assembly modernization and rehabilitation.

DECLARATION OF SHARMAN WOOD – 3
(Case No. 2:25-cv-01435-BJR)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

     e.    A federal grant entitled "FY2024 Section 5307 Aurora Avenue N Safety and Transit Access Improvements (WA 2025-005)" will provide funds to establish a future design vision for the Aurora Ave N (SR 99) and RapidRide E Line corridor to enhance safety, access to transit, and transit service on the corridor. All planned improvements are within .5 miles of the transit services along the corridor, including improvements to address sidewalk connectivity, controlled crossings to access bus stops, and other access management and transit improvements.

     f.    Two federal grants, "FY 2023 Section 5307 Seattle Streetcar System Maintenance (WA 2024-082)" and "FY 2022 Section 5307 Seattle Streetcar System Maintenance (WA 2024-081)" fund the maintenance of two independent streetcar lines which make up the Seattle Streetcar System.

6.    The above-listed FTA grants are governed by the DOT Federal Transit Administration ("FTA") Master Agreement ("MA"). The current iteration (version 33) of the MTA, published on April 25, 2025, is known as "MA 33." With the exception of WA 2025-022 which was executed on July 17, 2025, the above-described grants were all awarded by the FTA and accepted by the City before the FTA published MA 33.

7.    MA 33 contains provisions incorporating the Anti-Diversity and Gender Orders, confirming the DOT's intention to adopt and enforce the policies espoused in the Orders. MTA 33 at Section 12(n), for example, contains the following provisions under the heading "Federal Anti-Discrimination":

> (1) Pursuant to section (3)(b)(iv)(A), Executive Order 14173, Ending Illegal Discrimination and Restoring Merit-Based Opportunity, the Recipient agrees that its compliance in all respects with all applicable Federal anti-discrimination laws is material to the government's payment decisions for purposes of section 3729(b)(4) of title 31, United States Code.

DECLARATION OF SHARMAN WOOD – 4
(Case No. 2:25-cv-01435-BJR)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

(2) Pursuant to section (3)(b)(iv)(B), Executive Order 14173, Ending Illegal Discrimination and Restoring Merit-Based Opportunity, by entering into this Agreement, the Recipient certifies that it does not operate any programs promoting diversity, equity, and inclusion (DEI) initiatives that violate any applicable Federal anti-discrimination laws.[1]

8. In addition to FTA grants, SDOT also receives USDOT grants through the FHWA for road and street infrastructure projects. For example, the Safe Streets and Roads for All, or SS4A, is a competitive grant program that funds roadway safety improvements through the development, refinement, and subsequent implementation of comprehensive safety action plans.

9. On March 17, 2025, USDOT updated the terms of the SS4A grant agreements which had been previously accepted and signed by grant recipients like SDOT.

10. SDOT's fiscal year 2022 SS4A grant, for example, was executed in November 2024, but the terms and conditions have now been revised to include requirements flowing from the Anti-Diversity and Gender Orders, despite the fact that DEI and transgender issues are unrelated to the funding of pedestrian and roadway safety projects.

11. SDOT did not even receive notice from USDOT or FHWA that the funding agency was changing the grant terms and conditions. Rather, USDOT simply updated the link embedded in the grant agreement, which now links to an updated version of the FHWA General Terms and Conditions.[2]

12. Section 24.2 Federal Law and Public Policy Requirements of the revised SS4A grant terms and conditions, dated March 17, 2025, now states the following

> (a) The Recipient shall ensure that Federal funding is expended in full accordance with the United States Constitution, Federal law, and statutory and public policy requirements: including but not limited to, those protecting free speech, religious liberty, public welfare, the environment, and prohibiting discrimination; and Recipient will cooperate with Federal officials in the enforcement

---

[1] U.S. DEP'T OF TRANSP., FED. TRANSIT ADMIN., FTA MASTER AGREEMENT, VERSION 33 (Apr. 25, 2025), https://www.transit.dot.gov/sites/fta.dot.gov/files/2025-04/FTA-Master-Agreement-v33-04-25-2025.pdf.

[2] *See* U.S. DEP'T OF TRANSP., GENERAL TERMS AND CONDITIONS UNDER THE FISCAL YEAR 2023 SAFE STREET AND ROADS FOR ALL ("SS4A") GRANT PROGRAM: FHWA PROJECTS (Mar. 17, 2025), https://www.transportation.gov/sites/dot.gov/files/2025-04/SS4A-FY23_Terms-Conditions_2025-03-17.pdf.

DECLARATION OF SHARMAN WOOD – 5
(Case No. 2:25-cv-01435-BJR)

of Federal law, including cooperating with and not impeding U.S. Immigration and Customs Enforcement (ICE) and other Federal offices and components of the Department of Homeland Security in the enforcement of Federal immigration law.

(b) Pursuant to Executive Order 14173, Ending Illegal Discrimination And Restoring Merit Based Opportunity, the Recipient agrees that its compliance in all respects with all applicable Federal anti-discrimination laws is material to the government's payment decisions for purposes of section 3729(b)(4) of title 31, United States Code.

(c) Pursuant to Executive Order 14173, Ending Illegal Discrimination And Restoring Merit Based Opportunity, by entering into this agreement, the Recipient certifies that it does not operate any programs promoting diversity, equity, and inclusion (DEI) initiatives that violate any applicable Federal anti-discrimination laws.

(d) The failure of this agreement to expressly identify Federal law applicable to the Recipient or activities under this agreement does not make that law inapplicable.[3]

13. SDOT is a recipient of a FY2022 SS4A grant, which was executed in 2024, and has applied for and/or intends to apply for FY2025 SS4A grants.

14. SDOT is also a recipient of a FY 2021 US DOT RAISE (Rebuilding American Infrastructure with Sustainability and Equity) grant, which was executed in 2023. RAISE is a competitive grant program that provides funding to advance capital investments in surface transportation infrastructure that will have a significant local or regional impact.

15. On April 23, 2025, USDOT updated the Federal Law and Public Policy Requirements associated with the SDOT's FY 2021 RAISE grant, which the City had executed in June 2023. The new requirements (found at Section 19.2) are identical to the language quoted in Paragraph 13 above and expressly incorporate the Anti-Diversity Order and certification requirement.[4]

---

[3] *Id*. at 25.

[4] *See* U.S. DEP'T OF TRANS., GENERAL TERMS AND CONDITIONS UNDER THE FISCAL YEAR 2022 REBUILDING AMERICAN INFRASTRUCTURE WITH SUSTAINABILITY AND EQUITY (RAISE) GRANT PROGRAM: FHWA PROJECTS 25–26 (Apr. 23, 2025), raise-fy2022-fhwa-general-terms-and-conditions-20250423.pdf.

DECLARATION OF SHARMAN WOOD – 6
(Case No. 2:25-cv-01435-BJR)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Docusign Envelope ID: 326D806C-5C62-43F7-940A-E62B5BA306D6

16. As SDOT continues to be presented with new USDOT grant opportunities that incorporate the Anti-Diversity and Gender Orders, it directly and repeatedly confronts the quandary of accepting federal funding conditioned on execution of a problematic False Claims Act certifications and its agreement to refrain from engaging in constitutionally-protected free speech and diversity-affirming activities.

17. In all federal grant scenarios, SDOT faces the threat of having grant funds denied or revoked if the USDOT or other granting agencies arbitrarily conclude that the City's internal operations are at odds with the Trump Administration's interpretation of the anti-discrimination laws, or its policy to eradicate recognition of transgender people.

18. This threat is not hypothetical. On April 24, 2025, U.S. Secretary of Transportation Sean Duffy wrote a letter to "All Recipients of US Department of Transportation Funding"[5] ("DOT Letter") clarifying the agency's intention to enforce the Orders. The letter cautions grant recipients that "[a]s recipients of such DOT funds, you have entered into legally enforceable agreements with the United States Government and are obligated to comply fully with all applicable Federal laws and regulations."

19. The letter goes on to threaten grant recipients (like SDOT) who engage in diversity-promoting activities, stating that such activities "presumptively" violate Federal law:

> Whether or not described in neutral terms, any policy, program, or activity that is premised on a prohibited classification, including discriminatory policies or practices designed to achieve so-called "diversity, equity, and inclusion," or "DEI," goals, **_presumptively violates Federal law_**. Recipients of DOT financial assistance must ensure that the personnel practices (including hiring, promotions, and terminations) within their organizations are merit-based and do not discriminate based on prohibited categories. Recipients are also precluded from allocating money received under DOT awards- such as through contracts or the provision of other benefits- based on suspect classifications. Any discriminatory actions in your policies, programs, and activities based on prohibited categories constitute a

---

[5] SECRETARY OF TRANSP., U.S. DEP'T OF TRANSP., FOLLOW THE LAW LETTER TO APPLICANTS (Apr. 24, 2025), https://www.transportation.gov/sites/dot.gov/files/2025-05/Follow%20the%20Law%20Letter%20to %20Applicants %204.24.25.pdf.

DECLARATION OF SHARMAN WOOD – 7
(Case No. 2:25-cv-01435-BJR)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

clear violation of Federal law and the terms of your grant agreements.[6]

20. The DOT notes that its letter "provides notice of the Department's existing interpretation of Federal law" and cautions that "Noncompliance with applicable Federal laws, or failure to cooperate generally with Federal authorities in the enforcement of Federal law, will jeopardize your continued receipt of Federal financial assistance from DOT and could lead to a loss of Federal funding from DOT."[7] The letter warns that grant recipients could be subject to audits and "possible recovery of funds" or termination of funding for violations of the funding agreement.[8]

21. Much of SDOT's federal funding is provided on a reimbursable basis, meaning that the City expends funds to provide programs and services, as well as design and build infrastructure, that the federal government has agreed to reimburse. SDOT is currently funding third party contracts to design and construct large capital projects to improve and maintain public infrastructure, as well as essential ongoing programs for its residents, businesses, and visitors, based on the federal government's commitment to reimburse them for these costs. In the case of some existing public works contracts, the cost of shutting down a project for loss of funding may exceed the cost of completing it.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of August, 2025, in Seattle, Washington.

_____
Sharman Wood

---

[6] *Id.* at 2 (emphasis added).
[7] *Id.* at 3
[8] *Id.*

DECLARATION OF SHARMAN WOOD – 8
(Case No. 2:25-cv-01435-BJR)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900