The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States; UNITED STATES OF AMERICA; PAMELA BONDI, in her official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF JUSTICE; OFFICE OF FEDERAL CONTRACTS COMPLIANCE PROGRAMS; CATHERINE ESCHBACH, in her official capacity as Director of Office of Federal Contracts and Compliance Programs; OFFICE OF MANAGEMENT AND BUDGET; RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget; U.S. DEPARTMENT OF TRANSPORTATION; SEAN DUFFY, in his official capacity as the Secretary of Transportation; FEDERAL TRANSIT ADMINISTRATION; TARIQ BOKHARI, in his official capacity as Acting Administrator of the Federal Transit Administration; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOUSING AND | No. 2:25-cv-01435-BJR<br><br>SUPPLEMENTAL DECLARATION OF TANYA KIM IN SUPPORT OF PLAINTIFF'S REPLY TO MOTION FOR PRELIMINARY INJUNCTION |



CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

URBAN DEVELOPMENT; SCOTT TURNER, in his official capacity as Secretary of Housing and Urban Development; and DOES 1–100,

Defendants.

I, Tanya Kim, declare as follows:

1. I am over eighteen years of age. I have personal knowledge of the facts contained in this declaration and am competent to testify to the matters in this declaration.

2. I am the Director of the City of Seattle's Human Services Department ("HSD"). I was appointed as Acting Director of HSD in 2021 and later confirmed as Director by the City Council in 2023.

3. In my capacity as Director of HSD, I lead a staff of approximately 470 employees and manage more than 200 contracts with community-based human service providers and programs. Many of these contracts are supported by federal grant funds.

4. The Office of Housing and Urban Development ("HUD") provides federal funding to HSD. HUD determines the amount of annual funding according to a statutory dual formula which uses several objective factors.

5. The Community Development Block Grant ("CDBG") is a critical program funded by the federal government and administered by HUD. CDBG primarily serves low- to moderate-income populations in Washington. The CDBG Program provides annual grants on a formula basis to cities to develop viable urban communities by providing safe housing and a suitable living environment. A total of $8,917,476 was previously allocated by HUD for the CDBG program for the 2025 fiscal year.

6. On September 23, 2025, Seattle received a notice from HUD's Office of Community Planning and Development ("CPD"), Office of Field Operations, which approves



CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Seattle's CDBG funds each year. The notice stated that HUD was "questioning the accuracy of the City of Seattle's [WA] certification that the [CDBG] funds described in its Fiscal Year 2025 Consolidated Plan/Action Plan … will be administered in conformity with applicable laws, including Executive Orders." A true and correct copy of that notice is attached hereto as Exhibit A.

7. The notice also stated that HUD had "identified language in [Seattle's] Plan that appears to be inconsistent with Executive Order 14151 Ending Radical and Wasteful Government DEI Programs and Preferencing, Executive Order 14173 Ending Illegal Discrimination and Restoring Merit-Based Opportunity, Executive Order 14218 Ending Taxpayer Subsidization of Open Borders, and Executive Order 14168 Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government." *See* Exhibit A.

8. The notice instructed Seattle to remove or replace all mentions of "equity," "DEI-related references," "immigrant/refugee," "legal/documented immigrant," and "transgender" from Seattle's Fiscal Year 2025 Consolidated Plan/Action Plan (the "Plan"). The notice also instructed Seattle to add several "assurance" statements, including that Seattle would not "use grant funds to promote 'gender ideology,' as defined in Executive Order (E.O.) 14168, Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government." *See* Exhibit A.

9. The notice advised that "[f]ailure to address HUD's concerns regarding the certification may result in HUD determining that the certification is inaccurate or unsatisfactory, which will result in disapproval of the Plan." *See* Exhibit A.

10. The notice required Seattle to resubmit its grant application with HUD's required changes by 12:00 p.m. Pacific Standard Time on September 25, 2025, which amounted to a turnaround time of <u>less than 48-hours</u>. *See* Exhibit A.

11. The language flagged by the notice is innocuous. For example, the word "transgender" appears only once throughout the Plan to describe that just one percent of



CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

households who receive housing subsidies identifies as transgender.[1] References to "equity" are similarly neutral. For instance, the Plan states that one of its goals is "[e]quity in access to community infrastructure and recreation opportunities" and notes elsewhere that the technology and finance sectors in Seattle have "exacerbated inequity in benefits to low- and moderate-income people." *See Consolidated Action Plan* at 3, 1.

12. On September 25, 2025, I sent an email to CPD responding to the notice. In the email, I confirmed that Seattle had resubmitted its funding application but noted that Seattle was declining to make the requested changes to its application per the injunctions issued in *City & Cnty. of San Francisco, et al. v. Trump, et al*., No. 3:25-cv-01350 (N.D. Cal.) and *Martin Luther King, Jr. Cnty., et al. v. Turner, et al.*, No. 2:25-cv-00814 (W.D. Wash.), and this pending litigation. A true and correct copy of that email correspondence is attached hereto as Exhibit B.

13. The following day, September 26, 2025, CPD informed Seattle that HUD was "disapproving the city of Seattle's Consolidated Plan/Action Plan … on the basis that the Plan, as submitted, is substantially incomplete" because "HUD has determined that the CDBG certifications are not satisfactory under the stated regulations." A true and correct copy of that notice is attached hereto as Exhibit C.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of September, 2025, in Seattle, Washington.

DocuSigned by:
Tanya Kim
D02DEE677479483...

Tanya Kim

[1] City of Seattle, *2024-2028 Consolidated Plan for Housing and Community Development* 60 (2024), https://www.seattle.gov/documents/Departments/HumanServices/Federal%20grants/2024-2028-Consolidated-Plan-for-Housing-and-Community-Development.pdf [hereinafter *Consolidated Action Plan*] ("1% transgender").



CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900