The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE,<br><br>      Plaintiff,<br><br>   v.<br><br>DONALD J. TRUMP, President of the United States; UNITED STATES OF AMERICA; PAMELA BONDI, in her official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF JUSTICE; OFFICE OF FEDERAL CONTRACTS COMPLIANCE PROGRAMS; CATHERINE ESCHBACH, in her official capacity as Director of Office of Federal Contracts and Compliance Programs; OFFICE OF MANAGEMENT AND BUDGET; RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget; U.S. DEPARTMENT OF TRANSPORTATION; SEAN DUFFY, in his official capacity as the Secretary of Transportation; FEDERAL TRANSIT ADMINISTRATION; TARIQ BOKHARI, in his official capacity as Acting Administrator of the Federal Transit Administration; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; | Case No. 2:25-cv-01435-BJR<br><br>**NOTICE OF WITHDRAWAL** |

NOTICE OF WITHDRAWAL
[Case No. 2:25-cv-01435-BJR] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

SCOTT TURNER, in his official capacity as Secretary of Housing and Urban Development; and DOES 1–100,

                        Defendants.

**PLEASE TAKE NOTICE** that, under Local Civil Rule 83.2(b)(3), Assistant United States Attorney Annalisa L. Cravens hereby withdraws as an attorney of record for Federal Defendants in this case. The United States Attorney's Office for the Western District of Washington will continue to represent Federal Defendants, with Assistant United States Attorney Sarah L. Bishop as attorney of record.

DATED this 17th day of October, 2025.

                        Respectfully submitted,

                        CHARLES NEIL FLOYD
                        United States Attorney

                        *s/ Annalisa L. Cravens*
                        ANNALISA L. CRAVENS, TX 24092298

                        *s/ Sarah L. Bishop*
                        SARAH L. BISHOP, NY No. 5256359
                        Assistant United States Attorneys
                        United States Attorney's Office
                        Western District of Washington
                        700 Stewart Street, Suite 5220
                        Seattle, Washington 98101
                        Phone: 206-553-7970
                        Fax:    206-553-4067
                        Email: annalisa.cravens@usdoj.gov
                        Email: sarah.bishop@usdoj.gov

                        *Attorneys for Federal Defendants*

NOTICE OF WITHDRAWAL
[Case No. 2:25-cv-01435-BJR] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970