

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# FILED

DEC 29 2025



MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## PRELIMINARY INJUNCTION TIME SCHEDULE NOTICE

Docket Number:          25-8096
Originating Case Number:  2:25-cv-01435-BJR

Short Title:            City of Seattle v. Trump, et al.

Dear Appellant/Counsel

Your notice of appeal has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a non-governmental corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case involving an organizational victim; or (4) involves review of state court proceedings. See Ninth Circuit Rule 26-1.1.

**Failure of the appellant(s) to comply with the time schedule order will result in dismissal of the appeal.**
**Please read the enclosure materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

## PRELIMINARY INJUNCTION TIME SCHEDULE NOTICE

Docket Number:          25-8096
Originating Case Number:  2:25-cv-01435-BJR

Case Title:              City of Seattle v. Trump, et al.

**Sunday, January 4, 2026**

| | |
|---|---|
| Donald J. Trump | Mediation Questionnaire due |
| United States Office of Management and Budget | Mediation Questionnaire due |
| United States Department of Homeland Security | Mediation Questionnaire due |
| Scott Turner | Mediation Questionnaire due |
| United States of America | Mediation Questionnaire due |
| Catherine Eschbach | Mediation Questionnaire due |
| Pamela Bondi | Mediation Questionnaire due |
| Office of Federal Contract Compliance Programs | Mediation Questionnaire due |
| United States Department of Transportation | Mediation Questionnaire due |
| Federal Transit Administration | Mediation Questionnaire due |
| United States Department of Housing and Urban Development | Mediation Questionnaire due |
| DOJ - Office of the United States Attorney | Mediation Questionnaire due |
| Kristi Noem | Mediation Questionnaire due |
| Tariq Bokhari | Mediation Questionnaire due |

Sean Duffy                                          Mediation Questionnaire due
Russell Vought                                      Mediation Questionnaire due

**Sunday, January 25, 2026**

Russell Vought                                      Preliminary Injunction Opening Brief Due
United States of America                            Preliminary Injunction Opening Brief Due
Federal Transit Administration                      Preliminary Injunction Opening Brief Due
United States Department of                         Preliminary Injunction Opening Brief Due
Transportation
Tariq Bokhari                                       Preliminary Injunction Opening Brief Due
United States Office of Management and              Preliminary Injunction Opening Brief Due
Budget
United States Department of Housing and             Preliminary Injunction Opening Brief Due
Urban Development
Pamela Bondi                                        Preliminary Injunction Opening Brief Due
Sean Duffy                                          Preliminary Injunction Opening Brief Due
Kristi Noem                                         Preliminary Injunction Opening Brief Due
Office of Federal Contract Compliance              Preliminary Injunction Opening Brief Due
Programs
Catherine Eschbach                                  Preliminary Injunction Opening Brief Due
Donald J. Trump                                     Preliminary Injunction Opening Brief Due
United States Department of Homeland                Preliminary Injunction Opening Brief Due
Security
Scott Turner                                        Preliminary Injunction Opening Brief Due
DOJ - Office of the United States Attorney   Preliminary Injunction Opening Brief Due

**Sunday, February 22, 2026**

City of Seattle                                     Preliminary Injunction Answering Brief
                                                    Due

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal.  See 9th Cir. R. 42-1.**