The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CITY OF SEATTLE,

Plaintiff,

v.

DONALD J. TRUMP, President of the United States, *et al.*,

Defendants.

Case No. 2:25-cv-01435-BJR

**DEFENDANTS' RESPONSE TO MINUTE ORDER OF MARCH 24, 2026 (DKT. 28)**

In response to the Court's minute order issued on March 24, 2026 (Dkt. 28), Defendants state that they do not intend to oppose Plaintif's amendments to the Complaint because they cannot, under Rule 15(a)(1)(B). *See Ramirez v. County of San Bernadino*, 806 F.3d 1002, 1007 (9th Cir. 2015) (plaintiffs have an "absolute right" to amend their Complaint once, up until 21 days after service of a responsive pleading or a Rule 12 motion); *Vanguard Outdoor, LLC v. City of L.A.*, 648 F.3d 737, 748 (9th Cir. 2011) (denying plaintiff's motion to amend complaint as moot because defendant "did not file a Rule 12(b) motion or an answer before this case was stayed and still has not filed a responsive pleading. Therefore Plaintiff may file its amended complaint without leave of Court.").

DEFS.' RESPONSE TO MINUTE ORDER
[Case No. 2:25-cv-01435-BJR] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 3rd day of April, 2026.

Respectfully submitted,

s/ Sarah L. Bishop
SARAH L. BISHOP, NY No. 5256359
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-7970
Fax:    206-553-4067
Email: sarah.bishop@usdoj.gov

*Attorney for Defendants*

DEFS.' RESPONSE TO MINUTE ORDER
[Case No. 2:25-cv-01435-BJR] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970