The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CITY OF SEATTLE; CITY OF CLEVELAND; CITY OF COLUMBUS; CITY OF DURHAM; CITY OF PORTLAND; ALLEGHENY COUNTY; HENNEPIN COUNTY; PRINCE GEORGE'S COUNTY; and RAMSEY COUNTY,

Plaintiffs,

v.

DONALD J. TRUMP, President of the United States; UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; DEPARTMENT OF JUSTICE; TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; DEPARTMENT OF TRANSPORTATION; SEAN DUFFY, in his official capacity as the Secretary of Transportation; FEDERAL AVIATION ADMINISTRATION; BRYAN BEDFORD, in his official capacity as Administrator of the Federal Aviation Administration; FEDERAL HIGHWAY ADMINISTRATION; SEAN MCMASTER, in his official capacity as Administrator of the Federal Highway Administration; FEDERAL RAILROAD ADMINISTRATION; DAVID FINK, in his official capacity as Administrator of the Federal Railroad Administration; FEDERAL TRANSIT ADMINISTRATION; MATTHEW WELBES, in his official capacity

No. 2:25-cv-01435-BJR

DECLARATION OF TIM FLORA IN SUPPORT OF PLAINTIFFS' SECOND MOTION FOR PRELIMINARY INJUNCTION

DECLARATION OF TIM FLORA – 1
(Case No. 2:25-cv-01435-BJR)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

as Executive Director of the Federal Transit Administration; DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; SCOTT TURNER, in his official capacity as Secretary of Housing and Urban Development; HEALTH RESOURCES AND SERVICES ADMINISTRATION; THOMAS J. ENGELS, in his official capacity as Administrator of Health Resources and Human Services; DEPARTMENT OF AGRICULTURE; BROOKE ROLLINS, in her official capacity as Secretary of the Department of Agriculture; ENVIRONMENTAL PROTECTION AGENCY; LEE ZELDIN, in his official capacity as Administrator of the Environmental Protection Agency; DEPARTMENT OF ENERGY; CHRIS WRIGHT, in his official capacity as Secretary of the Department of Energy; DEPARTMENT OF LABOR; LORI CHAVEZ-DEREMER, in her official capacity as Secretary of the Department of Labor; OFFICE OF FEDERAL CONTRACTS COMPLIANCE PROGRAMS; ASHLEY ROMANIAS, in her official capacity as Director of Office of Federal Contracts and Compliance Programs; OFFICE OF MANAGEMENT AND BUDGET; RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget; and DOES 1–100,

Defendants.

I, Tim Flora, declare the following:

1.    I am over eighteen years of age.  I have personal knowledge of the facts contained in this declaration and am otherwise competent to testify to the matters in this declaration.

2.    I am the Chief Financial Officer of the City of Durham and Director of the Finance Department and have served in this role since February 2022. In this role, I assist with the management of financial resources and activities including debt and cash management, payroll,

DECLARATION OF TIM FLORA – 2
(Case No. 2:25-cv-01435-BJR)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

vendor payment, financial reporting, purchasing, general billing, and revenue collection in addition to coordinating risk management activities such as claims administration and employee safety programs.

3. I have over twenty years of government experience including seventeen years with North Carolina county and municipal governments. In addition to my experience in local government, my thirty-year career includes time in the federal government, a Fortune 500 manufacturing company, and public accounting. I am a Certified Public Accountant, Certified Internal Auditor, and Certified Government Chief Information Officer, and have two master's degrees, one in Public Administration and another in Accounting.

4. As the Chief Financial Officer for the City, I collaborate with the Director of Budget and Management Services and the City Manager's Office in the process of developing and adopting the City's budget, particularly regarding capital investments and grants.

5. The Finance Department is responsible for the administration of grants received by the City. As the Director of the Finance Department, I am ultimately responsible for the City's grant compliance.

6. In North Carolina, under N.C. Gen. Stat. § 159-13.2, municipalities may budget for grant projects through project ordinances, separate from the annual budget ordinance. The City does utilize Grant Project Ordinances to authorize its federal grant funding projects. Therefore, because grant projects are funded separately from the annual budget, without the federal grant funds, the City is unable to complete grant projects due to lack of funding.

7. In FY 2024-25, the City's General Fund was $306 million. In the same fiscal year, Durham's total federal grant expenditures exceeded $35 million.[1] This funding was used for programs to provide affordable housing and public services to extremely low-, low-, and moderate-income residents; enforce fair housing laws; fund police recruitment initiatives; expand the City's

---

[1] Current fiscal year data will not be available until approximately October 2026.

DECLARATION OF TIM FLORA – 3
(Case No. 2:25-cv-01435-BJR)

public transportation infrastructure; and improve the City's streets, sidewalks, and trails; among other projects.

8.      Five such federal grants that the City received include Community Development Block Grants (CDBG) and Continuum of Care Grants from Housing and Urban Development, Rebuilding American Infrastructure with Sustainability and Equity (RAISE) and Low or No Emissions Grants from Department of Transportation, and Community-Oriented Policing Services (COPS) Micro-Grants from the Department of Justice.

9.      The City receives approximately $2 million annually in CDBG funds to provide affordable housing and public services to extremely low-, low-, and moderate-income residents, including its gender-diverse residents. Based on instructions from HUD received in September 2025, the City has been put in the difficult position of either removing language and changing services informed by evidence-based strategies that align with its values or risking losing millions of dollars in funding to combat homelessness and provide affordable housing.

10.     Similarly, the City receives approximately $127,000 annually to operate the Continuum of Care, which is a key aspect in the City's strategic plan to end homelessness. A key component of this plan is that no groups are left behind in the system designed to make homelessness rare and brief.

11.     The City funds many major transportation projects through federal grant funding. Many of these projects focus on improving infrastructure in the City's predominantly Black neighborhoods and communities of color, such as the Holloway Street Project, which is being funded by the RAISE grant program. The $12 million project cost would not be feasible for the City without federal grant funding.

12.     The City has also received $6 million through the Low or No Emissions Grant Program to purchase additional GoDurham buses. The City was required to purchase diesel buses,

DECLARATION OF TIM FLORA – 4
(Case No. 2:25-cv-01435-BJR)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

rather than the desired electric buses, due to federal restrictions. These buses are primarily utilized by the City's low-income residents and communities of color.

13.    The City has annually received COPS Micro-Grants, which are used towards efforts to increase diversity in recruiting, with a focus on increasing the female and Hispanic representation within the City's Police Department.

14.    As previously stated, the above projects above are entirely reliant on the availability of federal funding. The ongoing uncertainty of the availability of federal funding presents a significant fiscal challenge and impedes the City's ability to plan much-needed projects.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 28th of April, 2026, in Durham, North Carolina.

Tim Flora
Tim Flora

DECLARATION OF TIM FLORA – 5
(Case No. 2:25-cv-01435-BJR)

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900