The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE, *et al.*,<br><br>                   Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, President of the United States, *et al.*,<br><br>                   Defendants. | Case No. 2:25-cv-01435-BJR<br><br>**STIPULATED MOTION TO CONSOLIDATE AND PROPOSED BRIEFING SCHEDULE** |
| CITY OF SHORELINE,<br><br>                   Plaintiff,<br><br>    v.<br><br>U.S. DEP'T OF TRANSPORTATION, *et al.*,<br><br>                   Defendants. | Case No. 2:26-cv-01311-BJR |

Pursuant to Federal Rule of Civil Procedure 42 and Local Civil Rule 42, the parties to the above-captioned cases, by and through their counsel of record, hereby stipulate and move to consolidate the above-captioned cases, *City of Seattle v. Trump*, No. 25-cv-1435-BJR, and *City of*

*Shoreline v. U.S. Department of Transportation*, No. 26-cv-1311-BJR, for the purpose of joining the motions for preliminary injunction.

## STIPULATION

1. The claims in *City of Shoreline* have similarity to those brought in *City of Seattle*, and are brought against a subset (the DOT Defendants) of the defendants named in *City of Seattle*;

2. Plaintiffs' second motion for a preliminary injunction in *City of Seattle* is currently pending and has not yet been fully briefed;

3. The City of Shoreline intends to file a preliminary injunction motion in its case, seeking similar relief and raising similar (though not identical) arguments to those currently being briefed in *City of Seattle*.

## MOTION

In light of the above facts, the parties to these two cases jointly stipulate and move the Court to order as follows:

1. The two cases, *City of Shoreline*, No. 26-cv-1311, and *City of Seattle*, No. 25-cv-1435, shall be consolidated for the purpose of joining the motions for preliminary injunction under FRCP 42(a)(1);

2. The currently pending preliminary injunction motion filed in *City of Seattle* shall be deemed filed in both cases, and the City of Shoreline shall be deemed a party to that motion;

3. The remaining briefing on that motion shall proceed as follows:

    a. By the due date for Plaintiffs' reply brief, June 5, 2026, Plaintiffs shall file a consolidated brief that consists of: (i) no more than 10 pages containing Plaintiffs' arguments on reply; and (ii) no more than 10 pages raising any additional arguments against the DOT Defendants that City of Shoreline had planned to raise in its own preliminary injunction motion;

STIPULATED MOTION TO CONSOLIDATE AND
BRIEFING SCHEDULE
[Case Nos. 2:25-cv-01435-BJR & 2:26-cv-01311-BJR] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

b.  By June 12, 2026, the DOT Defendants shall, if necessary, file a surreply of no more than 5 pages responding *only* to City of Shoreline's additional arguments on the preliminary injunction motion.

DATED this 29th day of May, 2026.

Respectfully submitted,

*s/ Sarah Louise Bishop*
SARAH LOUISE BISHOP
Assistant United States Attorneys
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:      206-553-4067
Email:   sarah.bishop@usdoj.gov


*Attorneys for Defendants*

I certify that this memorandum contains 344 words, in compliance with the Local Civil Rules.

*/s/ Margaret King*
Margaret King, WA #34886
Julie Ainsworth-Taylor, WA #36777
CITY OF SHORELINE
17500 Midvale Avenue North
Shoreline, WA 98133
Phone: (206) 801-2221
Fax: (206) 801-2781
mking@shorelinewa.gov
jainsworth-taylor@shorelinewa.gov


*/s/ Kunyu Ching*
Amy Powell*          NY #4339743
Gary DiBianco*       DC #458669
Kunyu Ching*         CA #292616
LAWYERS FOR GOOD GOVERNMENT
1319 F St. NW, Suite 301
PMB 181
Washington, DC 20004
Phone: 404-913-5529
amy@lawyersforgoodgovernment.org
gary@lawyersforgoodgovernment.org
kunyu@lawyersforgoodgovernment.org

*Attorneys for Plaintiff City of Shoreline*

*\*admitted pro hac vice*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

CORR CRONIN LLP

_s/ Jeffrey B. Coopersmith_
Jeffrey B. Coopersmith, WSBA No. 30954
Emily J. Harris, WSBA No. 35763
Eric A. Lindberg, WSBA No. 43596
Kathryn Joy, WSBA No. 60056
Renee M. Howard, WSBA No. 38644
1015 Second Avenue, Floor 10
Seattle, Washington  98104-1001
Ph: (206) 625-8600 | Fax: (206) 625-0900
jcoopersmith@corrcronin.com
eharris@corrcronin.com
elindberg@corrcronin.com
kjoy@corrcronin.com
rhoward@corrcronin.com

_Attorneys for Plaintiffs City of Seattle, City of Cleveland, City of Columbus, City of Durham, City of Portland, Allegheny County, Hennepin County, Prince George's County and Ramsey County._

STIPULATED MOTION TO CONSOLIDATE AND
BRIEFING SCHEDULE
[Case Nos. 2:25-cv-01435-BJR & 2:26-cv-01311-BJR] - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

SO ORDERED.


DATED this 2nd day of June, 2026.



_____
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION TO CONSOLIDATE AND
BRIEFING SCHEDULE
[Case Nos. 2:25-cv-01435-BJR & 2:26-cv-01311-BJR] - 5

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970