The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States, *et al.*, <br><br> Defendants. | Case No. 2:25-cv-01435-BJR <br><br> **STIPULATED MOTION FOR EXTENSION OF TIME AND ORDER** |
| CITY OF SHORELINE, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEP'T OF TRANSPORTATION, *et al.*, <br><br> Defendants. | Case No. 2:26-cv-01311-BJR |

The parties, through undersigned counsel, jointly file this stipulation asking the Court to extend the deadline for Written Notice to Defendants and the filing of Defendants' Status Report pursuant to the Court's June 29, 2026 Order (*City of Seattle, et al.* Dkt. 85 & *City of Shoreline* Dkt. 20), from July 2, 2026, to July 8, 2026.

STIPULATED MOTION FOR EXTENSION OF TIME AND ORDER
[Case Nos. 2:25-cv-01435-BJR & 2:26-cv-01311-BJR] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Both counsel for Defendants is on leave outside of the country without access to case documents. One attorney will return July 6, 2026. Plaintiffs have agreed to extend the deadline until July 8, 2026, to allow Defendants time to comply with the Court's Order. Therefore, the parties submit there is good cause for a brief extension of Defendants' time to file their status report and finalize notification to Defendants. A number of Defendants have already been notified, but to ensure full compliance with the Order it is necessary to have named counsel return from abroad, Plaintiffs have consented to Defendants request for a brief extension.

DATED this 1st day of July, 2026.

Respectfully submitted,

 _s/ Sarah Louise Bishop_
SARAH LOUISE BISHOP
Assistant United States Attorneys
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:     206-553-4067
Email:   sarah.bishop@usdoj.gov


_Attorneys for Defendants_

I certify that this memorandum contains 162 words, in compliance with the Local Civil Rules.

_/s/ Margaret King_
Margaret King, WA #34886
Julie Ainsworth-Taylor, WA #36777
CITY OF SHORELINE
17500 Midvale Avenue North
Shoreline, WA 98133
Phone: (206) 801-2221
Fax: (206) 801-2781
mking@shorelinewa.gov
jainsworth-taylor@shorelinewa.gov

_/s/ Kunyu Ching_
Amy Powell*          NY #4339743
Gary DiBianco*       DC #458669
Kunyu Ching*         CA #292616
LAWYERS FOR GOOD GOVERNMENT
1319 F St. NW, Suite 301
PMB 181
Washington, DC 20004
Phone: 404-913-5529
amy@lawyersforgoodgovernment.org
gary@lawyersforgoodgovernment.org
kunyu@lawyersforgoodgovernment.org

_Attorneys for Plaintiff City of Shoreline_

*admitted pro hac vice

STIPULATED MOTION FOR EXTENSION OF TIME AND ORDER
[Case Nos. 2:25-cv-01435-BJR & 2:26-cv-01311-BJR] - 2

CORR CRONIN LLP

*s/ Jeffrey B. Coopersmith*
Jeffrey B. Coopersmith, WSBA No. 30954
Emily J. Harris, WSBA No. 35763
Eric A. Lindberg, WSBA No. 43596
Kathryn Joy, WSBA No. 60056
Renee M. Howard, WSBA No. 38644
1015 Second Avenue, Floor 10
Seattle, Washington  98104-1001
Ph: (206) 625-8600 | Fax: (206) 625-0900
jcoopersmith@corrcronin.com
eharris@corrcronin.com
elindberg@corrcronin.com
kjoy@corrcronin.com
rhoward@corrcronin.com

*Attorneys for Plaintiffs City of Seattle, City of Cleveland, City of Columbus, City of Durham, City of Portland, Allegheny County, Hennepin County, Prince George's County and Ramsey County.*

STIPULATED MOTION FOR EXTENSION OF TIME AND ORDER
[Case Nos. 2:25-cv-01435-BJR & 2:26-cv-01311-BJR] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

SO ORDERED.


DATED this 2nd day of July 2026.


_Barbara J. Rothstein_
BARBARA J. ROTHSTEIN
Senior United States District Judge

STIPULATED MOTION FOR EXTENSION OF TIME AND ORDER
[Case Nos. 2:25-cv-01435-BJR & 2:26-cv-01311-BJR] - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970